**CARLSON LYNCH, LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
(Eddie) Jae K. Kim (CA 236805)
ekim@carlsonlynch.com
Scott G. Braden (CA 305051)
sbraden@carlsonlynch.com
1350 Columbia St. Ste. 603
San Diego, California 92101
Tel:   (619) 762-1900
Fax:   (619) 756-6991

*Attorneys for Plaintiff and the Proposed Class*

[Additional counsel listed on signature page.]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ADAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00225-MCS-KES<br><br><u>CLASS ACTION</u><br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**PLEASE TAKE NOTICE** that the above-captioned action is voluntarily dismissed **WITH** prejudice by Plaintiff Teresa Adams and Defendant Starbucks Corporation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties are to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: March 16, 2021                **CARLSON LYNCH, LLP**

By:  */s/ Todd D. Carpenter*
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
(Eddie) Jae K. Kim (CA 236805)
ekim@carlsonlynch.com
Scott G. Braden (CA 305051)
sbraden@carlsonlynch.com
1350 Columbia St., Ste. 603
San Diego, CA 92101
Tel:   (619) 762-1900
Fax:   (619) 756-6991

|   |   |   |
|---|---|---|
| 1 |  | **BLOOD HURST & O'REARDON, LLP** |
| 2 |  | Timothy G. Blood (149343) |
|   |  | tblood@bholaw.com |
| 3 |  | Thomas J. O'Reardon II (247952) |
|   |  | toreardon@bholaw.com |
| 4 |  | Paula R. Brown (254142) |
|   |  | pbrown@bholaw.com |
| 5 |  | 501 West Broadway, Suite 1490 |
|   |  | San Diego, CA 92101 |
| 6 |  | Tel:   (619) 338-1100 |
|   |  | Fax:  (619) 338-1101 |
| 7 |  | *Attorneys for Plaintiff and the Proposed Class* |
| 8 | Dated: March 16, 2021 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| 9 |  | A Limited Liability Partnership Including Professional Corporations |
| 10 | By: | /s/ Robert Guite |
| 11 |  | Robert Guite (CA 244590) |
|   |  | rguite@sheppardmullin.com |
| 12 |  | Sascha Henry (CA 191914) |
|   |  | shenry@sheppardmullin.com |
| 13 |  | 333 South Hope Street, 43rd Floor |
|   |  | Los Angeles, California 90071-1422 |
| 14 |  | Tel.:  (213) 620-1780 |
|   |  | Fax:   (213) 620-1398 |
| 15 |  | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| 16 |  | A Limited Liability Partnership Including Professional Corporations |
| 17 |  | Abby H. Meyer (CA 294947) |
| 18 |  | ameyer@sheppardmullin.com |
|   |  | 650 Town Center Drive, 4th Floor |
| 19 |  | Costa Mesa, CA 92626-1993 |
|   |  | Tel.:  (714) 513-5100 |
| 20 |  | *Attorneys for Defendant Starbucks Corporation* |

### Attestation of Concurrence of Signatories

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 16, 2021           **CARLSON LYNCH, LLP**

By: /s/ Todd D. Carpenter

Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com